# Exhibit B

## U.S. CUSTOMS AND BORDER PROTECTION
## GROUND RULES FOR NEWS MEDIA REPRESENTATIVES
## WHEN VISITING SOUTHERN CALIFORNIA PORTS OF ENTRY

U.S. Customs and Border Protection (CBP) welcomes the opportunity to work with accredited news media representatives. Because of concerns for the privacy of the traveling public, integrity of law enforcement and investigative activities, and safety of visiting media representatives and the public, the following ground rules are operative at all times.

1. CBP requires that members of the press who desire to film, conduct interviews or engage in any other media activity must clear their visit in advance with appropriate CBP officials. The Office of Public Affairs is the news media's principal point of contact. Reporters who do not have such clearance may be denied access to port property. All interviews will be conducted only with designated agency officials.

2. Privacy considerations and the high level of law enforcement activity requires that reporters, photographers and camera crews be escorted by a designated officer at ALL times while on port property. This designated official is generally the hosting agency's Public Affairs Officer or designee. There are no exceptions to this policy.

3. Due to severe time and staffing limitations, escorted news media representatives generally will not be permitted to remain on port property for longer than the amount of time agreed upon by port management, typically no more than four hours.

4. Since it is likely that visiting news media representatives will witness law enforcement actions at ports of entry, several ground rules apply which are designed to protect privacy rights of the public and preserve the integrity of investigations. Media representatives must ensure that suspects can not be identified in photos or video. This can be accomplished by electronically obscuring the face of any suspect or by taping/photographing from behind or from the neck down. Additionally, license plates and passengers within detained vehicles must not be identified at any time during a broadcast in a photo. Specifically, these elements must be electronically obscured throughout the entire inspection process, not just when individuals exit their vehicles.

5. In the event of a seizure or arrest at the port, escorted news media representatives will immediately follow any orders issued by participating law enforcement officers and will remain at a reasonable distance (no less than 10 feet) from the incident/suspects at all times while filming. Media representatives will not be allowed to address or question persons who are being inspected, detained or arrested, or whose vehicles are being searched. Filming of subsequent questioning of suspects by Bureau of Immigration and Customs Enforcement special agents will not be allowed, to preserve rights of privacy and the integrity of potential investigations.

6. Reporters and camera crews not will be allowed entry into non-public spaces such as the pat down room and holding cells. No photos or video will be allowed. No access will be granted to merchandise storage areas.

7. Videos or photos of contraband being extracted from vehicles in the secondary inspection area will not be allowed until approval has first been granted by the Bureau of Immigration and Customs Enforcement, San Diego, and the U.S. Attorney's Office, Southern District of California. Following the recording of such scenes, media representatives may be required to embargo this material until approval to release is granted by the investigating case agent and the U.S. Attorney's Office. Typically, an embargo lasts only hours but could be longer for sensitive on-going investigations.

8. For reasons of officer safety, no names nor recognizable photos or video will be allowed of any CBP officer until his/her permission is granted. Photos and video inadvertently taken must have the officers' faces blurred if permission is not granted. The escorting officer will assist media representatives with gaining required approvals from working officers at the port. No still photography or videotape may be taken of California National Guard representatives without the expressed permission of that agency.

9. No close-up photos or video of or "looking over the shoulder" at port computer screens will be allowed. The content of these systems is protected by privacy laws and contains law enforcement sensitive information.

10. While at the port of entry, all visiting news media representatives are asked to be alert at all times and to follow orders from federal officers to prevent injury. Actions taken contrary to the spirit and intent of this statement by news media representatives may be cause for immediate termination of the visit.