# Exhibit D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>TWO RIGHT-OF-WAY EASEMENTS, situated in the City of San Diego, Imperial County, State of California, and THE STATE OF CALIFORNIA; acting by and through it's Director of Transportation, et al.;<br><br>   Defendants. | Case No. 11cv0707 JAH (POR)<br><br>ORDER FOR DELIVERY OF IMMEDIATE POSSESSION OF SUBJECT PROPERTY [40 U.S.C. § 3114] |

This matter came on for hearing upon ex parte application of Plaintiff for an order granting immediate possession of the real property described in the Declaration of Taking. Upon due consideration and for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED that Defendants to this action and all persons in possession or control of the property described in the Complaint in Condemnation and Declaration of Taking filed herein shall immediately surrender possession of the said property to Plaintiff, and IT IS FURTHER ORDERED that Plaintiff shall forthwith serve a copy of this Order upon all persons in possession or control of said property.

IT IS SO ORDERED.

DATED: April 8, 2011

                           Hon. John A. Houston
                           United States District Court