# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ASKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Case No.: 12-CV-2600 W (BLM) <br><br> **ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DOC. 106]** |

Pending before the Court is an ex parte application for leave to file a Second Amended Complaint ("SAC"). (*Ex Parte App.* [Doc. 106].) Defendants do not oppose. (*See Email Correspondence* [Doc. 106-5, Exh. E].)

"A party may amend its pleading once as a matter of course within . . . 21 days after serving it . . . ." See Fed. R. Civ. P. 15(a)(1)(A). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Ninth Circuit applies this policy with "extreme liberality." DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1987) (internal quotation omitted).

//
//

1

Good cause appearing, Plaintiff's ex parte application is **GRANTED**. Plaintiff may file an amended pleading, if any, by **Monday, June 10, 2019**.

**IT IS SO ORDERED.**

Dated: May 30, 2019

*[signature]*
Hon. Thomas J. Whelan
United States District Judge