UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ASKINS and CHRISTIAN RAMIREZ,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:12-cv-2600-AHG<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND STIPULATION TO DISMISS**<br><br>**[ECF No. 197]** |

　　　Pending before the Court is the Parties' Joint Stipulation of Settlement and Motion for Order of Approval, filed with the Court on September 8, 2020 (ECF No. 197). On September 3, 2020, the District Court entered an Order of Reference (Consent to Magistrate Judge Jurisdiction) (ECF No. 196). The Parties' Joint Stipulation and Motion are, accordingly, properly before this Court.

　　　Having considered the Parties' submission, the Court hereby **GRANTS** the Parties' Joint Motion (ECF No. 197).

　　　Accordingly, it is **ORDERED** that the Parties' Stipulated Settlement, which is hereby incorporated into this order, is **approved**. By incorporating the Stipulated Settlement in full into this order, the Court retains jurisdiction to enforce the Stipulated

Settlement according to its terms. Thus, **IT IS FURTHER ORDERED** that, given the Parties' express agreement, this Court will retain continuing jurisdiction to enforce the Stipulated Settlement consistent with the limitations set forth therein.

Finally, **IT IS FURTHER ORDERED** that this case is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

Dated:  September 8, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge