UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ASKINS and CHRISTIAN RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No.: 3:12-cv-2600-AHG<br><br>**ORDER ON JOINT MOTION RE DEFENDANTS' COMPLIANCE WITH SETTLEMENT RE DISSEMINATION OF WRITTEN INSTRUCTION**<br><br>[ECF No. 204] |

On January 5, 2021, the parties filed a joint motion asking the Court to review certain documents *in camera* to determine Defendants' compliance with paragraphs 4 and 5 of their Settlement, which require Defendants to disseminate a Written Instruction to employees and others following the Settlement. ECF No. 203. Paragraph 4 of the Settlement provides, in relevant part:

> DHS Defendants shall provide a written instruction ("Written Instruction") to all personnel, employees, agents, contractors, officers, or any other persons acting under the control of, or on behalf of, DHS Defendants operating at any land port of entry stating that, consistent with the terms of this Stipulated Settlement, they shall not prevent, impede, or otherwise interfere with the

> First Amendment rights of members of the public to make and retain photographs, video recordings, or other recordings of matters or events from a Publicly Accessible Area at any land port of entry in the United States. The text of the Written Instruction must be consistent with the terms of the Stipulated Settlement, ….

ECF No. 197 ¶ 4. Paragraph 5 of the Settlement provides that the DHS Defendants must disseminate the Written Instruction "three times: (1) within ten (10) business days of dismissal of this case; (2) within ninety (90) days of dismissal of this case; and (3) one year after the first dissemination." *Id.* ¶ 5. The DHS Defendants must provide Plaintiffs a copy of the Written Instruction that they disseminated as well as a certification "that confirms the date and manner in which the Written Instruction was disseminated." *Id.*

Following the first and second disseminations of the Written Instruction, Defendants provided Plaintiffs a copy of the Written Instruction that they disseminated and a certification as to the manner of dissemination. A dispute arose, however, as to whether Defendants are also required to provide a copy of any cover emails that accompanied the Written Instruction. The Court held an informal conference with the parties on this issue on December 14, 2020. ECF No. 201. Following that conference, the parties submitted the Joint Motion that is currently pending. ECF No. 203. The Court granted that Joint Motion and agreed to review certain documents *in camera* to confirm Defendants' compliance with the terms of the Settlement. ECF No. 204.

On January 7, 2021, Defendants lodged the following information for the Court's *in camera* review: (1) the cover email and Written Instruction circulated by CBP for its first dissemination; (2) the cover email and Written Instruction circulated by FPS for its first dissemination; (3) the first certification Defendants provided to Plaintiffs; (4) the cover email and Written Instruction circulated by CBP for its second dissemination; (5) the cover email and Written Instruction circulated by FPS for its second dissemination; and (6) the second certification Defendants provided to Plaintiffs.

The Court has reviewed the documents submitted by Defendants for *in camera* review. The Court confirms that the documents, including the cover emails, are consistent

with the Written Instruction and the parties' Settlement. The Court finds that Defendants are in compliance with the Settlement with respect to the first and second dissemination of the Written Instruction.

**IT IS SO ORDERED.**

Dated: January 19, 2021

                                                          _____
                                                          Honorable Allison H. Goddard
                                                          United States Magistrate Judge